UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-23556-JB

GREAT LAKES INSURANCE SE,

       Plaintiff,

v.

LILLY WILLIAMS and
BAYWATCH BOAT RENTALS,
TOURS & CHARTERS, INC.,

       Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on United States Magistrate Judge Lisette M. Reid's Report and Recommendation ("Report") on Defendant Williams' Motion to Dismiss the Amended Complaint (the "Motion"), ECF No. [36]. In the Report, Judge Reid recommends that the Court deny the Motion. ECF No. [77]. No objections to the Report have been filed, and the time to do so has passed. After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report, ECF No. [77], is **AFFIRMED** and **ADOPTED**.

    2. Defendant Williams' Motion to Dismiss the Amended Complaint, ECF No. [36], is **DENIED**.

    **DONE AND ORDERED** in Miami, Florida, this 7th day of November, 2024.

                                        _____
                                        JACQUELINE BECERRA
                                        UNITED STATES DISTRICT JUDGE