UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-23556-JB

GREAT LAKES INSURANCE SE,

    Plaintiff,

v.

LILLY WILLIAMS and
BAYWATCH BOAT RENTALS,
TOURS & CHARTERS, INC.,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on United States Magistrate Judge Lisette M. Reid's Report and Recommendation ("Report"), ECF No. [86], on Defendant Baywatch Boat Rentals, Tours & Charters, Inc. d/b/a Captain Joe's Boat Rentals, Tours & Charters, Inc.'s ("Captain Joe's") Motion to Dismiss the Amended Complaint (the "Motion"), ECF No. [37].

In the Report, Judge Reid recommends that the Court grant the Motion as to Counts II and III and deny the Motion as to Counts IV and V. ECF No. [86]. No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report, ECF No. [86], is **AFFIRMED** and **ADOPTED**.

    2. Captain Joe's Motion, ECF No. [37], is **GRANTED IN PART AND DENIED IN PART**. Specifically, the Motion is **GRANTED** as to Counts II and III

of the Amended Complaint and **DENIED** as to Counts IV and V of the Amended Complaint.

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE